Order issued: October 5 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00024-CV

**RICKEY WAYNE TOLBERT, Appellant**

**V.**

**GEORGE A. OTSTOTT, Appellee**

## ORDER

We **DENY** appellant's September 24, 2012 request to attach documents to his brief. The Court cannot consider documents that are not formally included in the record on appeal. *See Burke v. Insurance Auto Auctions Corp.*, 169 S.W.3d 771, 775 (Tex. App.—Dallas 2005, pet. denied).

ELIZABETH LANG-MIERS
JUSTICE